# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TODD W. FANGUY AND CHRISTY
A. FANGUY

NO. 2021 CW 0159

VERSUS

UV INSURANCE RISK RETENTION
GROUP, INC. AND DOUGLAS R.
FORTUNE

**FEBRUARY 12, 2021**

---

In Re: UV Logistics, LLC and Douglas Fortune, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187229.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED, REQUEST FOR STAY DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT